IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DANIEL R. WATERS, #1205659 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv65 |
| SERGEANT BOLTON | § | |

## FINAL JUDGMENT

The Court having considered the Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the Plaintiff take nothing by his suit and that the same is **DISMISSED** without prejudice.

**SIGNED** this the **24** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge